LOUIS W. HAIGHT, Respondent, *v.* ALBERTO DE VERASTEGUI, Appellant.

*Haight* v. *de Verastegui*, 133 App. Div. 932, affirmed.
(Argued October 13, 1910; decided October 28, 1910.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered June 23, 1909, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action to recover on contract.

*Allan C. Rowe* for appellant.

*John J. Hughes* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* FRED B. ROOF, Appellant.

*People* v. *Roof*, 138 App. Div. 633, affirmed.
(Argued October 13, 1910; decided October 28, 1910.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered March 8, 1910, which affirmed a judgment of the Chenango County Court rendered upon a verdict convicting the defendant of the crime of robbery in the first degree.

*William H. Sullivan* for appellant.

*James P. Hill, District Attorney,* for respondent.

Judgment of conviction affirmed; no opinion.
Concur: CULLEN, Ch. J., GRAY, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.